

Matthew I. Fleischman
4530 Wisconsin Ave. NW | 5th Floor
Washington, DC 20016
T: (202) 851-4070 | F: (866) 766-1678
fleischman@oandzlaw.com | ww.oandzlaw.com

August 27, 2021

**VIA HAND DELIVERY**
(docket currently under seal)

The Honorable Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

The application is ✓ granted.
___ denied.

Edgardo Ramos, U.S.D.J.
Dated: _Aug. 31, 2021_
New York, New York 10007

Re:   *Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning et al. v. Does 1-28 d/b/a alltextbookpro.com et al.,* **S.D.N.Y. Case No. 21-CV-6691-ER**

Dear Judge Ramos:

Pursuant to Section 1(A) of the Court's Individual Rules & Practices in Civil Cases and the Court's *Ex Parte* Order dated August 9, 2021, Plaintiffs Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, Cengage Learning, Inc., Elsevier Inc., McGraw Hill LLC, and Pearson Education, Inc. ("Plaintiffs") hereby file the enclosed Declaration of Service of Process. Now that Defendants have been served with the Complaint, the *Ex Parte* Order, and Plaintiffs' papers in support, Plaintiffs also request that the docket be unsealed.

Respectfully submitted,

Matthew I. Fleischman