UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEDFORD, FREEMAN & WORTH
PUBLISHING GROUP, LLC d/b/a
MACMILLAN LEARNING, CENGAGE
LEARNING, INC., ELSEVIER INC.,
MCGRAW HILL LLC, and PEARSON
EDUCATION, INC.,

        Plaintiffs,

      v.

DOES 1 - 28 d/b/a
ALLTEXTBOOKPRO.COM,
ALVACENTRAL.COM,
AMAZINGSAVINGS.STORENVY.COM,
BASEOFBOOKS.COM, BOOKGTM.COM,
BYETEXTBOOK.COM,
EBOOKBIGSALES.COM, EBOOKKISS.COM,
EBOOKS4SALES.COM, EBOOKSGIFT.COM,
EBOUKS.COM, ELIBRARYSHOP.COM,
FENDICI.COM, GENTERBOOK.COM,
GILBERTZZ.MYSHOPIFY.COM,
INMSLIDE.COM, KITUDO.COM,
KYLETSHIRTS.COM,
METROPOLISHAVEN.COM,
MYTEXTBOOKS.ORG,
OHMYMART.MYBIGCOMMERCE.COM,
RAPOPOUT.STORE,
SNAPJAMBOOKS.COM,
STIZASTORE.COM,
STORESALESOFF.COM,
TESTBANKSTORAGE.COM,
TOMASIZH.MYSHOPIFY.COM, and
ZBOOKBIG.COM,

        Defendants.

21 Civ. 6691 (ER)

**ORDER TO MODIFY
VIEWING LEVEL**

RAMOS, D.J.

Plaintiffs having requested that the Preliminary Injunction in this matter, Doc. 34, be filed under

seal and accessible only to the parties named in the caption, the Court respectfully directs the

Clerk of Court to modify the viewing level for Doc. 34 so that it is restricted to the selected

parties viewing level.


       It is SO ORDERED.

Dated:  September 3, 2021
        New York, New York

_____
       Edgardo Ramos, U.S.D.J.

2