UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, CENGAGE LEARNING, INC., ELSEVIER INC., MCGRAW HILL LLC, and PEARSON EDUCATION, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AARON L. ENGLISH, CAO TRAN MANH DAT, DIANNA SEIFERT, DU QUANG DUAN, DUNG VUONG, FARM SAECHAO, HONG LAM SON, JAMES WRIGHT, KATHRYN WILCOX, LUAN LE, MARTHA ROBLEDO, NGUYEN KHANG VU, PHONG NGUYEN DINH, QUYEN VU THI BICH, TAMMY COOPER, THE ANH NGUYEN, TOAN LE, TRAN NGOC LONG, VUONG VIET DUNG, YOUSSEF MAHREZ, NGUYỆT Ý NGÔ, PHONG PHAM, BẮC ĐỖ NGỌC, DO DUC TUAN ANH, HUAN BACH NGUYEN, PHAM UYEN PHI, HUONG NGUYEN THI, NGUYEN VAN LY, ROSTISLAV ZHURAVSKIY, MOHAMED ALI, MOHAMED NOUARI, NGUYEN PHAN NGAN, CHUNG KHAC NGUYEN, MOUSTAGHFIR ANASS, ABDUL SALEWAN BIN ANTONI, JAY KING, RUSLI YASMIN, and DUC MANH PHAM,<br><br>　　　　　　　　Defendants. | Civil Action No. 21-cv-6691-ER |

**CERTIFICATE OF SERVICE**

Counsel for Plaintiffs hereby certify that true and correct copies of (1) Declaration in Support of Plaintiffs' Request for Entry of Default (ECF No. 83); (2) Plaintiffs' Request for Entry of Default (ECF No. 83-1); and (3) the Clerk's Certificate of Default (ECF No. 84) have been served on Defendants as follows:

　　1.　　By email on March 16, 2022 to the following email addresses for Defendants as

listed below:

| Doe/Group | Defendant(s) | Email Address(es) |
|---|---|---|
| Group 1 | Cao Tran Manh Dat | aafamerican.shop@domainsbyproxy.com |
| | Dianna Seifert | adimakahil@gmail.com |
| | Du Quang Duan | admin@kitudo.com |
| | Dung Vuong | affiliaterockman1@gmail.com |
| | Hong Lam Son | akaquilt.com@domainsbyproxy.com |
| | James Wright | alexamiovpnomanalenpangan660@gmail.com |
| | Kathryn Wilcox | alexeockmedicalrimonchanki600@gmail.com |
| | Luan Le | aleyykhinn@gmail.com |
| | Martha Robledo | allaynapaytience@gmail.com |
| | Nguyen Khang Vu | alldaybook.com@domainsbyproxy.com |
| | Phong Nguyen Dinh | alldaybook.info@domainsbyproxy.com |
| | Quyen Vu Thi Bich | alldaybook.net@domainsbyproxy.com |
| | The Anh Nguyen | alldaybook.org@domainsbyproxy.com |
| | Toan Le | androidcentreteam@gmail.com |
| | Tran Ngoc Long | AngelinaDulongDFP@yahoo.com |
| | Vuong Viet Dung | annanguyen78990@gmail.com |
| | Youssef Mahrez | annguyen1563@gmail.com |
| | | anulinh6@gmail.com |
| | | arsenalclub68@yahoo.com |
| | | aurora.thomas3@aol.com |
| | | axelsson.sander@outlook.com |
| | | b.umqn770@gmail.com |
| | | babyktqd@gmail.com |
| | | bagox16322@mado34.com |
| | | banyeubatdau@gmail.com |
| | | banyeutrolai94@gmail.com |
| | | bartestinee@outlook.com |
| | | bayeutrolai94@gmail.com |
| | | bbnsellers@gmail.com |
| | | bepdit2006@gmail.com |
| | | bepdit2011@gmail.com |
| | | bepdit2014@gmail.com |
| | | bepdit2018@gmail.com |
| | | bestdesignforlive@gmail.com |
| | | bethleung20@gmail.com |
| | | bookhollic.com@domainsbyproxy.com |
| | | bruischz099@yahoo.com |
| | | bumqn770@gmail.com |
| | | cangthang82@gmail.com |
| | | canpreeme37@gmail.com |
| | | Caodiepmong913@gmail.com |
| | | caotranmanhdat@gmail.com |

|  |  |  |
|--|--|--|
|  |  | cardpayment@dvegrar.xyz |
|  |  | cardpayment@ethlou.xyz |
|  |  | cardpayment@getonta.xyz |
|  |  | cardpayment@macaks.xyz |
|  |  | cardpayment@mysmon.club |
|  |  | cardpayment@porgus.club |
|  |  | cardpayment@ruchez.xyz |
|  |  | cardpayment@ugleth.online |
|  |  | cardsupport@caucho.xyz |
|  |  | cardsupport@codeur.shop |
|  |  | cardsupport@dyeroo.club |
|  |  | cardsupport@fusnox.xyz |
|  |  | cardsupport@ibiler.xyz |
|  |  | cardsupport@liplanh.xyz |
|  |  | cardsupport@oediao.xyz |
|  |  | cardsupport@pshety.online |
|  |  | carlcapo4646@gmail.com |
|  |  | carolk.williams@outlook.com |
|  |  | cashing5379@gmail.com |
|  |  | catsakasa@gmail.com |
|  |  | celina.green.89@gmail.com |
|  |  | cfluckky@gmail.com |
|  |  | chayaochalekbm@gmail.com |
|  |  | childers65@outlook.com |
|  |  | chizagailo@gmail.com |
|  |  | chuot789@outlook.com |
|  |  | codyhung1994@gmail.com |
|  |  | ColeenAraiaTk@yahoo.com |
|  |  | concuncon200@gmail.com |
|  |  | concuncon200@gmail.com |
|  |  | contact@boutiquefit.store |
|  |  | contact@giftlife.store |
|  |  | critical98critical@gmail.com |
|  |  | csamples316@gmail.com |
|  |  | cyyjyhj757@mailivw.com |
|  |  | dahuong11@outlook.com |
|  |  | danchoi4444@yahoo.com |
|  |  | danielarothstein78@gmail.com |
|  |  | daoanh11@outlook.com |
|  |  | daothithuy191296@gmail.com |
|  |  | dathi91@outlook.com |
|  |  | davidgarr538@gmail.com |
|  |  | dennydunie@gmail.com |
|  |  | denydu1@gmail.com |
|  |  | DesignsNok@gmail.com |

| | | |
|---|---|---|
| | | deyikec221@mailer2.net |
| | | dhtsellers@gmail.com |
| | | dinhtuan001usd@gmail.com |
| | | dinhtuan331a@gmail.com |
| | | dinhvantuan119a@gmail.com |
| | | dinhvantuan1406@gmail.com |
| | | ditbep217@gmail.com |
| | | dkutrieuusd@gmail.com |
| | | dogduc0010@gmail.com |
| | | dogduc0012@gmail.com |
| | | dogduc0014@gmail.com |
| | | dogduc0016@gmail.com |
| | | dogduc003@gmail.com |
| | | dogduc0035@gmail.com |
| | | dogduc004@gmail.com |
| | | dogduc005@gmail.com |
| | | dogduc006@gmail.com |
| | | dogduc007@gmail.com |
| | | dogduc008@gmail.com |
| | | dogduc009@gmail.com |
| | | donaldstamper0754@hotmail.com |
| | | donatevlogsofia247@gmail.com |
| | | dongphuong32@outlook.com |
| | | dophuong79@outlook.com |
| | | duccho0001@gmail.com |
| | | duccho00012@gmail.com |
| | | duccho00013@gmail.com |
| | | duccho00014@gmail.com |
| | | duccho00015@gmail.com |
| | | duccho00016@gmail.com |
| | | duccho00017@gmail.com |
| | | duccho00018@gmail.com |
| | | duccho00019@gmail.com |
| | | duccho0002@gmail.com |
| | | duccho00020@gmail.com |
| | | duccho00021@gmail.com |
| | | duccho00022@gmail.com |
| | | duccho00023@gmail.com |
| | | duccho00024@gmail.com |
| | | duccho0003@gmail.com |
| | | duccho00036@gmail.com |
| | | duccho0005@gmail.com |
| | | duccho0006@gmail.com |
| | | duccho0008@gmail.com |
| | | duckworth8049tosha@gmail.com |

|  |  | |
|--|--|--|
|  |  | duongbahuy1903@gmail.com |
|  |  | duongthiphanthao@gmail.com |
|  |  | ebookguu.com@domainsbyproxy.com |
|  |  | ebookkiss2020@gmail.com |
|  |  | elibraryshop@gmail.com |
|  |  | EloisRatke@outlook.com |
|  |  | engxianhe61@outlook.com |
|  |  | fake.smile0302@gmail.com |
|  |  | fewebe2092@mailer2.net |
|  |  | fihcv65209@mailivw.com |
|  |  | fnamelisse1209@gmail.com |
|  |  | fnamelisse1220@gmail.com |
|  |  | fnamelisse1221@gmail.com |
|  |  | forngaca@gmail.com |
|  |  | fredwagner1975@gmail.com |
|  |  | garmentdunamode@gmail.com |
|  |  | genterbook.com@domainsbyproxy.com |
|  |  | gianghau883@gmail.com |
|  |  | gianghau885@gmail.com |
|  |  | giangthanhhau333@gmail.com |
|  |  | giolinh1994@gmail.com |
|  |  | glimcot91@gmail.com |
|  |  | gongcha221@gmail.com |
|  |  | greatfindoutletstore@gmail.com |
|  |  | greensnake1990@gmail.com |
|  |  | greenyuyu01@gmail.com |
|  |  | grunwaldlisa1976@gmail.com |
|  |  | gzkcx64931@tmauv.com |
|  |  | ha886333@gmail.com |
|  |  | haianhhl0005@gmail.com |
|  |  | hainhihl@hotmail.com |
|  |  | hainhihl2015@gmail.com |
|  |  | haiphonghl2016@gmail.com |
|  |  | haiphonghl202@gmail.com |
|  |  | haiphonghl203@gmail.com |
|  |  | haiphonghl204@gmail.com |
|  |  | haiphonghl205@gmail.com |
|  |  | haiphonghl206@gmail.com |
|  |  | haiphonghl207@gmail.com |
|  |  | haiphonghl233@gmail.com |
|  |  | halalugi@gmail.com |
|  |  | hangnga06431ZX@gmail.com |
|  |  | hangphan00901@gmail.com |
|  |  | haoson00@gmail.com |
|  |  | haulh1090@outlook.com.vn |

|  |  |  |
|---|---|---|
|  |  | headkim15737@hotmail.com |
|  |  | hidap51553@inmail92.com |
|  |  | hieunguyen.dh2012@gmail.com |
|  |  | hieunguyen.dh2013@gmail.com |
|  |  | hieunguyen.dh2014@gmail.com |
|  |  | hieunguyen.dh2015@gmail.com |
|  |  | hieunguyen.dh2016@gmail.com |
|  |  | hieunguyen.dh2017@gmail.com |
|  |  | hieunguyen.dh2018@gmail.com |
|  |  | hieuxom@outlook.com |
|  |  | hoangdatclc@gmail.com |
|  |  | hoangnamzika@gmail.com |
|  |  | hoangtiendat52@gmail.com |
|  |  | homelibrary19@gmail.com |
|  |  | hongkhue45@outlook.com |
|  |  | huy54der@gmail.com |
|  |  | huyen3300@outlook.com |
|  |  | huyennguyen4@aol.com |
|  |  | huyphu94@gmail.com |
|  |  | iccxeq5279@royalnt.net |
|  |  | ignacioalyles@yahoo.com |
|  |  | ikbal.mahrez966@gmail.com |
|  |  | ikbal.mahrez966@outlook.com |
|  |  | info@bookgtm.com |
|  |  | info@byetextbook.com |
|  |  | info@ebookkiss.com |
|  |  | info@genterbook.com |
|  |  | info@kyletshirts.com |
|  |  | info@rapopout.store |
|  |  | invoice@morecommerce.com |
|  |  | iumoslove902@gmail.com |
|  |  | jackcop79@gmail.com |
|  |  | jacksonpetter91@gmail.com |
|  |  | jacksuvin@gmail.com |
|  |  | JaloKuhlman@outlook.com |
|  |  | jamesewilkins@outlook.com |
|  |  | janenesabine85931436@gmail.com |
|  |  | javan.hao123@gmail.com |
|  |  | JeannetteMoskovitz5nt@yahoo.com |
|  |  | Jerorisian@hotmail.com |
|  |  | jochinkim4@gmail.com |
|  |  | jonreed1988@gmail.com |
|  |  | joycenicholson09@gmail.com |
|  |  | Jubilant390487@yahoo.com |
|  |  | Juliaghoes34@gmail.com |

6

| | | |
|---|---|---|
| | | Juliaghoes35@gmail.com |
| | | KaGutkowski@outlook.com |
| | | Kaitlynsin29@gmail.com |
| | | Kaitlynsin30@gmail.com |
| | | Kaitlynsin31@gmail.com |
| | | kalatraga03@gmail.com |
| | | kalatraga05@gmail.com |
| | | kalatraga06@gmail.com |
| | | katherinanaseimy20@gmail.com |
| | | kathrynharrisim@outlook.com |
| | | kelvinbalack299@gmail.com |
| | | kertelsang@gmail.com |
| | | khangniit@gmail.com |
| | | kindadayshoppe@gmail.com |
| | | kkstorec@gmail.com |
| | | kongkinh778@gmail.com |
| | | kunkaka24@gmail.com |
| | | kurtarnhold96@gmail.com |
| | | lanealice53@gmail.com |
| | | lechmeroi11@gmail.com |
| | | lengocle9898@gmail.com |
| | | lequynhhuong@gmail.com |
| | | lequynnhuong@gmail.com |
| | | leroy1662gir99@gmail.com |
| | | lethicuong339@gmail.com |
| | | letoan29691@gmail.com |
| | | lettiethielemann@yahoo.com |
| | | lindacartwright277@gmail.com |
| | | linearlyasds60542@gmail.com |
| | | linhdan21@outlook.com |
| | | linhdang21@outlook.com |
| | | loan111@outlook.com |
| | | loanh4187@gmail.com |
| | | lobich03@gmail.com |
| | | longke88@outlook.com |
| | | lookNoh.com@domainsbyproxy.com |
| | | looktobooks.com@domainsbyproxy.com |
| | | lootskinsapp@gmail.com |
| | | loramachado1988@gmail.com |
| | | luan.epu.vn@gmail.com |
| | | lungmong4@gmail.com |
| | | luongthilan86@gmail.com |
| | | luuthu34330@gmail.com |
| | | lylelannon1981@gmail.com |
| | | machiavellijulee@yahoo.com |

|  |  |  |
|---|---|---|
|  |  | macthingoan4@gmail.com |
|  |  | macvanquan1964@gmail.com |
|  |  | macvantinh112@gmail.com |
|  |  | makesnok898@gmail.com |
|  |  | makesnok899@gmail.com |
|  |  | malissakiss1@gmail.com |
|  |  | manvillevernadeau@gmail.com |
|  |  | maricris.delen@gmail.com |
|  |  | mark.roman@cba.com.au |
|  |  | markdu.business@gmail.com |
|  |  | marshafaisao1987@gmail.com |
|  |  | MarvaBilly4Ty@yahoo.com |
|  |  | maryjoorear152@gmail.com |
|  |  | masteryilike8612@gmail.com |
|  |  | meerkatjarring@gmail.com |
|  |  | meorung666666@yahoo.com |
|  |  | meumeo120@gmail.com |
|  |  | mfcnr74075@tmauv.com |
|  |  | minhhieu07121999@gmail.com |
|  |  | minhtuan1445@gmail.com |
|  |  | misakej559@mailer2.net |
|  |  | mlcusborne@gmail.com |
|  |  | mocmien62@outlook.com |
|  |  | mohjoze@gmail.com |
|  |  | moises37605ka90@gmail.com |
|  |  | molando112233@outlook.com |
|  |  | molinaxika@gmail.com |
|  |  | mrkim146@gmail.com |
|  |  | muondoikhongquen@gmail.com |
|  |  | muxmen.ad@gmail.com |
|  |  | namhai99@outlook.com |
|  |  | ngochung1789@gmail.com |
|  |  | ngoisaochet98@gmail.com |
|  |  | ngominhhieu1100@gmail.com |
|  |  | nguyen1980@bk.ru |
|  |  | nguyen82@inbox.ru |
|  |  | nguyenanhtai30894@gmail.com |
|  |  | nguyendinhphong.ft@gmail.com |
|  |  | nguyenmanhhung11a@gmail.com |
|  |  | nguyenquangha1743@gmail.com |
|  |  | nguyenquanghai1767@gmail.com |
|  |  | nguyenthihuyen11a@gmail.com |
|  |  | nguyenthu2147@gmail.com |
|  |  | nguyenvankhang334@gmail.com |
|  |  | nguyenvannquang@gmail.com |

| | | |
|---|---|---|
| | | nguyenvantan747@gmail.com |
| | | nguyenvantrung1306@gmail.com |
| | | nhammotha2016@gmail.com |
| | | nhatan83@outlook.com |
| | | nhatminh44@outlook.com |
| | | nhiphong01@gmail.com |
| | | nhithoihl0010@hotmail.com |
| | | nhithoihl0013@hotmail.com |
| | | nhithoihl0016@hotmail.com |
| | | nhithoihl004@hotmail.com |
| | | nhithoihl005@hotmail.com |
| | | nhithoihl007@hotmail.com |
| | | nhithoihl008@hotmail.com |
| | | nhithoihl009@hotmail.com |
| | | nhithoihl02@gmail.com |
| | | nhungankit10@gmail.com |
| | | nickie81i93chu1329@gmail.com |
| | | nkox95hdd@gmail.com |
| | | no-reply@byetextbook.com |
| | | ntthsellers@gmail.com |
| | | ny878hy@gmail.com |
| | | OdoCliche@gmail.com |
| | | OlympiaChalut@gmail.com |
| | | oswadk8534@qlenw.com |
| | | pampamnc@gmail.com |
| | | patricawillia@gmail.com |
| | | patriciafleming188@gmail.com |
| | | pay@atrocea.xyz |
| | | pay@cteldo.shop |
| | | pay@iverled.xyz |
| | | pay@kaftle.xyz |
| | | pay@oilitz.xyz |
| | | pay@slidaxyz.xyz |
| | | pay@smogic.online |
| | | pay@stuire.xyz |
| | | pay@watchmilennium.xyz |
| | | paygate@cesskaq.xyz |
| | | paygate@enafrap.xyz |
| | | paygate@ovulas.online |
| | | paygate@upharn.xyz |
| | | paygates@goalik.xyz |
| | | paygates@henouf.xyz |
| | | paygates@zamgoya.xyz |
| | | payment@byage.xyz |
| | | payment@fashionhomes.store |

| | | |
|---|---|---|
| | | payment@nigoln.online |
| | | payment@pantingcenter.store |
| | | payment@pantingmart.store |
| | | payment@schrex.xyz |
| | | payment@umilia.xyz |
| | | payment@vaciada.xyz |
| | | payment@yregser.xyz |
| | | pefivah523@gomail4.com |
| | | petanek430@royalnt.net |
| | | peterpanlucas1221@gmail.com |
| | | ph4mhung1@gmail.com |
| | | phamduy19071981@gmail.com |
| | | phamduytrung1981a@gmail.com |
| | | phamhiengarment@gmail.com |
| | | phamthithoa1789@gmail.com |
| | | phamtuelam553594@gmail.com |
| | | phamvanhung235@gmail.com |
| | | phamvuducminh2@gmail.com |
| | | phihaiphong334@gmail.com |
| | | phonghai4@outlook.com |
| | | phonghlnana@hotmail.com |
| | | phongnhi002@hotmail.com |
| | | phongnhihl2015@gmail.com |
| | | phongthoahl2015@gmail.com |
| | | phuchai10@outlook.com |
| | | phuchai11@outlook.com |
| | | phuchai12@outlook.com |
| | | phuchai13@outlook.com |
| | | phuchai14@outlook.com |
| | | phuchai15@outlook.com |
| | | phuchai19@outlook.com |
| | | phuchai2012@gmail.com |
| | | phuchai2013@outlook.com |
| | | phuhuy696@gmail.com |
| | | phungdieu335@gmail.com |
| | | phuong90909@gmail.com |
| | | phuongthaoqldk44@gmail.com |
| | | pvpdgrg657@royalnt.net |
| | | quangphuoc6501@gmail.com |
| | | quangphuoc6502@gmail.com |
| | | quankun362@gmail.com |
| | | raskadtompop0@gmail.com |
| | | raymondo2908@gmail.com |
| | | roman_rachel@yahoo.com.au |
| | | ronneffie7947@gmail.com |

|  |  |  |
|---|---|---|
|  |  | RosalindTommasinogOf@yahoo.com |
|  |  | ryannguyen.fl@gmail.com |
|  |  | rydereleanor@aol.com |
|  |  | ryomatruong113@gmail.com |
|  |  | sagamembertee@gmail.com |
|  |  | sale@yohootaku.com |
|  |  | sales@fiercefunstudio.com |
|  |  | salvadormobley1990@yahoo.com |
|  |  | samplescardan@yahoo.com |
|  |  | santayjacoker1609@hotmail.com |
|  |  | Savannahyz10@gmail.com |
|  |  | Savannahyz11@gmail.com |
|  |  | Savannahyz15@gmail.com |
|  |  | Savannahyz16@gmail.com |
|  |  | sbplvwj281@romails.net |
|  |  | seifertdianna@yahoo.com |
|  |  | senavel166@romails.net |
|  |  | settynigh167@gmail.com |
|  |  | settynigh170@gmail.com |
|  |  | shaymichell01@yahoo.com |
|  |  | sofiaberryzno@gmail.com |
|  |  | sofiashow1102@gmail.com |
|  |  | sonhl0105@gmail.com |
|  |  | spencertrojan@yahoo.com |
|  |  | stanleynatashab9146-191181@yahoo.com |
|  |  | StephennA.Webb@outlook.com |
|  |  | stevenarmendari70@hotmail.com |
|  |  | stevenhuvan@gmail.com |
|  |  | stripe@aafamerican.shop |
|  |  | stripe@ddiort.xyz |
|  |  | stripe@genterbook.com |
|  |  | stripe@kicidi.club |
|  |  | stripe@komerr.xyz |
|  |  | stripe@mygerd.xyz |
|  |  | stripe@twitol.xyz |
|  |  | stripecard@gererr.xyz |
|  |  | stripecard@pavmhei.xyz |
|  |  | stripecard@trotup.xyz |
|  |  | stripecard@xerote.shop |
|  |  | stripepaygate@dacept.shop |
|  |  | stripepaygate@dibize.xyz |
|  |  | stripepayment@dopbass.xyz |
|  |  | stripepayment@mcelim.xyz |
|  |  | stripepayment@stiylia.xyz |
|  |  | stripepayment@temeum.xyz |

|  |  |  |
|---|---|---|
|  |  | strongloveyu@gmail.com |
|  |  | support@ecomies.com |
|  |  | support@elibraryshop.com |
|  |  | support@immaky.xyz |
|  |  | support@oaneo.xyz |
|  |  | support@onaosa.com |
|  |  | support@pamlastore.com |
|  |  | support@shmain.xyz |
|  |  | support@sportme.store |
|  |  | support@sportpro.site |
|  |  | sysops@shopopensky.com |
|  |  | talavi8333@lege4h.com |
|  |  | TaneshaRoney914@gmail.com |
|  |  | tequilaguest@gmail.com |
|  |  | terir78274@tmauv.com |
|  |  | thanhnguyen.c3damha@yahoo.com |
|  |  | thaonadu@gmail.com |
|  |  | thaonam31301@gmail.com |
|  |  | thegioiriengtoi99@gmail.com |
|  |  | thiendi16@outlook.com |
|  |  | Thienvu2015@outlook.com |
|  |  | thiyen0SU@gmail.com |
|  |  | thlovehi76@gmail.com |
|  |  | thoanhihl2015@gmail.com |
|  |  | thuhuong1355@gmail.com |
|  |  | thuymai32318@gmail.com |
|  |  | tientrungvo1101@gmail.com |
|  |  | timothykhuff49@yahoo.com |
|  |  | tinhbanketthuc94@gmail.com |
|  |  | tinhmacvan@gmail.com |
|  |  | tinhmacvan280290@gmail.com |
|  |  | tinhyen54@outlook.com |
|  |  | tinogarment@gmail.com |
|  |  | tocquangtrung@gmail.com |
|  |  | toiditimtoi0410@yahoo.com |
|  |  | tranghau1455@gmail.com |
|  |  | trankieu1124@gmail.com |
|  |  | tranlamhau1090@hotmail.com |
|  |  | tranlamhau2390@gmail.com |
|  |  | tranlamhau90.topappsads@hotmail.com |
|  |  | tranlong4596@gmail.com |
|  |  | tranphat15@outlook.com |
|  |  | transon11287@gmail.com |
|  |  | TressaxMeadows@yahoo.com |
|  |  | trezebezeder@gttnmail.com |

|  |  |  | |
|---|---|---|---|
|  |  |  | trezebezeder@outlook.com |
|  |  |  | trizziephamtrinh@gmail.com |
|  |  |  | trungthu7777777@yahoo.com |
|  |  |  | trungvo110193@gmail.com |
|  |  |  | truongngocyen999@gmail.com |
|  |  |  | truongquangphuoc115@gmail.com |
|  |  |  | tutam51@outlook.com |
|  |  |  | tvd2971994@gmail.com |
|  |  |  | tylergray0410@gmail.com |
|  |  |  | unnamed6166@gmail.com |
|  |  |  | vanhau1145@gmail.com |
|  |  |  | vanluyen141@gmail.com |
|  |  |  | verniaeatmon77935851@gmail.com |
|  |  |  | vickythereseneelyk@outlook.com |
|  |  |  | vickyturner518465@gmail.com |
|  |  |  | vipkaka088@gmail.com |
|  |  |  | vizmabaloga1235@hotmail.com |
|  |  |  | vopixa1153@inmail92.com |
|  |  |  | votientrung0193@hotmail.com |
|  |  |  | vuphuong3339@gmail.com |
|  |  |  | vuxuantrung291@gmail.com |
|  |  |  | walrus122014@gmail.com |
|  |  |  | wantinrebelm@gmail.com |
|  |  |  | weeweestore@gmail.com |
|  |  |  | wendelinennn035@yahoo.com |
|  |  |  | whitegreensnake01@gmail.com |
|  |  |  | willaimzaleski@gmail.com |
|  |  |  | williamtodd2012@hotmail.com |
|  |  |  | WillieR.Jackson@outlook.com |
|  |  |  | windsor247@outlook.com |
|  |  |  | windybook.net@domainsbyproxy.com |
|  |  |  | xinhlunglinh684@gmail.com |
|  |  |  | yakubhossain7040@gmail.com |
|  |  |  | yakubriad@gmail.com |
|  |  |  | ymahre.z@gmail.com |
|  |  |  | ymahrez@gmail.com |
|  |  |  | youmah96@outlook.com |
|  |  |  |  |
| Group 2 |  | Nguyệt Ý Ngô | admin@alvacentral.com |
|  |  | Phong Pham | admin@eagleblack.net |
|  |  |  | admin@zbookbig.com |
|  |  |  | alexpeo@oneseller.net |
|  |  |  | alexprosendo@gmail.com |
|  |  |  | buihoc199ool@gmail.com |
|  |  |  | builehatrang66r@gmail.com |

|  |  |  |
|---|---|---|
|  |  | buinhaan1924@fudiz.xyz |
|  |  | buinhaan1924@oneseller.net |
|  |  | buitradoan8243@anumi.bid |
|  |  | contact@alvacentral.com |
|  |  | domitai9901@gmail.com |
|  |  | duongnhunggiao1443@losez.win |
|  |  | emn4gong@gmail.com |
|  |  | FugahNahyan2000@hotmail.com |
|  |  | genetkiberet@outlook.com |
|  |  | Hairy857939@yahoo.com |
|  |  | hoducuy5785@anumi.bid |
|  |  | IrishCullen782@hotmail.com |
|  |  | kimthanh173@gmail.com |
|  |  | klockoave@outlook.com |
|  |  | LondsMa@gmail.com |
|  |  | LucHanHinhhot@gmail.com |
|  |  | luongthanhptolm81@gmail.com |
|  |  | lymonuslsxsepaj71@gmail.com |
|  |  | lyninhgiang7521@gmail.com |
|  |  | lyvutien6399@fudiz.xyz |
|  |  | nguyengiang8769@gmail.com |
|  |  | nguyenyenky7799@phan.men |
|  |  | Petrackridge@outlook.com |
|  |  | phamvandan3605@anumi.bid |
|  |  | phanhia955@gmail.com |
|  |  | phong.phamhoai@gmail.com |
|  |  | RemingOConner@outlook.com |
|  |  | RodgRyan@hotmail.com |
|  |  | service.alvacentral@gmail.com |
|  |  | SolaElenor@hotmail.com |
|  |  | Staengeras@hotmail.com |
|  |  | thb14021994@gmail.com |
|  |  | Thuhuong2000jo@gmail.com |
|  |  | TinhVuuLouy@gmail.com |
|  |  | ToryBeard125@hotmail.com |
|  |  | tranngocthanh6048p@gmail.com |
|  |  |  |
| Group 3 | Bắc Đỗ Ngọc (dba Nguyen Van Linh) | cherry.phucmyanh@gmail.com |
|  | Do Duc Tuan Anh | ebooksgift@outlook.com |
|  |  | giangnguyen91992@gmail.com |
|  |  | mymy.tran179@gmail.com |
|  |  | no-reply@ebooksgift.com |
|  |  | support@ebooks4sales.com |
|  |  | support@Ebooksgift.com |

|  |  | z4lehuyen@gmail.com |
|---|---|---|
|  |  |  |
| Group 4 | Huan Bach Nguyen | alvaroramos104@gmail.com |
|  | Pham Uyen Phi | daovanbinhh@nbhmail.com |
|  |  | domainerwhois@hotmail.com |
|  |  | elsierobbins8136@gmail.com |
|  |  | huannguyenbach@gmail.com |
|  |  | jonsonracell292@gmail.com |
|  |  | jvnunezjrppe253@gttnmail.com |
|  |  | jvnunezjrppe253@outlook.com |
|  |  | levandao6@tdsvmail.com |
|  |  | nealleylorita428@gmail.com |
|  |  | ngoca56@gmail.com |
|  |  | nguyenmaichi90@nbhmail.com |
|  |  | peachaff@gmail.com |
|  |  | stroinostyes@gmail.com |
|  |  | support@anytextbooks.com |
|  |  | tranthanhdanh76@nbhmail.com |
|  |  | vubach96728@gmail.com |
|  |  | whois+alltextbookpro.com@njal.la |
|  |  |  |
| Group 5 | Huong Nguyen Thi | huehuongtm2020@gmail.com |
|  | Nguyen Van Ly | nguyenthihuongtl@gmail.com |
|  |  | no-deal@ebookinstant.com |
|  |  | no-reply@ebook4deal.com |
|  |  | no-reply@ebookbigsales.com |
|  |  | no-reply@ebookfordeal.com |
|  |  | no-reply@ebookinstant.com |
|  |  | no-reply@ebooksalesoff.com |
|  |  | no-reply@storesalesoff.com |
|  |  | nvly_a2@yahoo.com.vn |
|  |  | support@ebook4deal.com |
|  |  | support@Ebookbigsales.com |
|  |  | support@ebookfordeal.com |
|  |  | support@ebookinstant.com |
|  |  | support@ebooksalesoff.com |
|  |  | support@storesalesoff.com |
|  |  | support@storessaleoff.com |
|  |  | vanly18012021@gmail.com |
|  |  |  |
| Doe 3 | Rostislav Zhuravskiy | contact.william.reid@gmail.com |
|  |  | receipts@storenvy.com |
|  |  | w_a_reid@hotmail.com |
|  |  | william.reid@gmail.com |
|  |  |  |

| | | |
|---|---|---|
| Doe 4 | Mohamed Ali | ebrahimaboadm83@gmail.com |
| | | mohamedaboyossif1@gmail.com |
| | | mohamedmahlis73@gmail.com |
| | | support@baseofbooks.com |
| | | |
| Doe 11 | Mohamed Nouari | ebouks.com@gmail.com |
| | | ebouksstore@gmail.com |
| | | info@ebouks.com |
| | | info@tetbooks.com |
| | | mr.wawe01@gmail.com |
| | | payment@tetbooks.com |
| | | support@ebouks.com |
| | | support@tetbooks.com |
| | | tetbooks.com@gmail.com |
| | | tetbooks@yahoo.com |
| | | |
| Doe 13 | Nguyen Phan Ngan | account@buzzazone.com |
| | | ambertranum28@gmail.com |
| | | ambertranum29@gmail.com |
| | | billing@buzzazone.com |
| | | brynleescott.m@gmail.com |
| | | business@buzzazone.com |
| | | christophergilmor3@outlook.com |
| | | contact@buzzazone.com |
| | | contact86NNhardie@personally.live |
| | | customer@buzzazone.com |
| | | deposit@buzzazone.com |
| | | derrickclarice9798@yahoo.com |
| | | dovantien1289@gmail.com |
| | | e6richardsonmila@gmail.com |
| | | erikaelsy0136@yahoo.com |
| | | guarantee@hozzify.com |
| | | hovantruc93@gmail.com |
| | | hquynhgiao@gmail.com |
| | | huynhhuongxuan09121989@gmail.com |
| | | huynhnhuvan08101998@gmail.com |
| | | huynhthikieutrinh27081997@gmail.com |
| | | invoice@buzzazone.com |
| | | invoice@hozzify.com |
| | | kandykasey65572@yahoo.com |
| | | kennygaric@gmail.com |
| | | kientruc.umx@gmail.com |
| | | lehoangthaotrinh312@gmail.com |
| | | lehoangthaotrinh312@yahoo.com |
| | | lethidieulinh.tms@gmail.com |

| | | |
|---|---|---|
| | | levanhi94@gmail.com |
| | | maianhtms01@gmail.com |
| | | murphydulce.i@gmail.com |
| | | mystore578ericjzimmer@sunsine.club |
| | | nguyenhuuquochung29041995@gmail.com |
| | | nguyenngocquynhthu29011996@gmail.com |
| | | nguyenngocthoa.tms@gmail.com |
| | | nguyenthidieuhien88@hotmail.com |
| | | nguyenthienthienkim16101999@gmail.com |
| | | nguyenthihongthanh.tms@gmail.com |
| | | nguyenthikimchi10111996@gmail.com |
| | | nguyenthiluom14071967@gmail.com |
| | | nguyenvantinh10101964@gmail.com |
| | | nttyen.nguyen@gmail.com |
| | | ot.kylenmyers@gmail.com |
| | | paying@buzzazone.com |
| | | payment@buzzazone.com |
| | | payment@hozzify.com |
| | | payment2020@buzzazone.com |
| | | peter.tiennguyen@gmail.com |
| | | phamtanqui13041982@gmaiI.com |
| | | phannganng@gmail.com |
| | | phillipsandre2ps@gmail.com |
| | | PhklWingroup@gmail.com |
| | | quachlap96@gmail.com |
| | | service@buzzazone.com |
| | | silvanavenus60166@yahoo.com |
| | | sungleigh22217@yahoo.com |
| | | support@fendici.com |
| | | support@jenyres.com |
| | | thanhlap0893@gmail.com |
| | | thanhlap1093@gmail.com |
| | | thanhlap93@gmail.com |
| | | thaotrinhtms@gmail.com |
| | | thaotrinhtms11@gmail.com |
| | | thaotrinhtms7@gmail.com |
| | | thaotrinhtms8@gmail.com |
| | | tranthanhtuyen023@gmail.com |
| | | truongngocnay87@gmail.com |
| | | vennstore22@gmail.com |
| | | vothilehuyen03051995@gmail.com |
| | | vuongthiynhi29051995@gmail.com |
| | | warranty@buzzazone.com |
| | | |
| Doe 15 | Chung Khac Nguyen | francescakennedy463646@gmail.com |

|  |  |  |
|---|---|---|
|  |  | ivesandrea8@gmail.com |
|  |  | shawnfwmyoung378@gmail.com |
|  |  |  |
| Doe 16 | Moustaghfir Anass | contact@inmslide.com |
|  |  | Digitalinm2020@gmail.com |
|  |  | Redd2020ington@gmail.com |
|  |  |  |
| Doe 21 | Abdul Salewan Bin Antoni | info@ohmymart.mybigcommerce.com |
|  |  | sales.ohmymart@hotmail.com |
|  |  | salewanantoni@outlook.com |
|  |  | StudMasterz2021@outlook.com |
|  |  |  |
| Doe 23 | Jay King | info@snapjambooks.com |
|  |  | jayscollectioncontact@gmail.com |
|  |  | shazammarketplace@gmail.com |
|  |  | sosoemart@gmail.com |
|  |  |  |
| Doe 26 | Rusli Yasmin | azharsyafiq81@outlook.com |
|  |  | hidayatasri_71@outlook.com |
|  |  | ramlanbinhadi191@outlook.com |
|  |  | rusliyasmin.82@outlook.com |
|  |  | testbankstorage@yahoo.com |
|  |  | zar.kassim68@outlook.com |
|  |  |  |
| Doe 27 | Duc Manh Pham | Contact@Tomasizh.myshopify.com |
|  |  | elliottfox506584@gmail.com |
|  |  | keeleyhunter838171@gmail.com |
|  |  | kellywilkinson183226@gmail.com |
|  |  | rubyrobertson382529@gmail.com |
|  |  | tomasizhweaver927@gmail.com |
|  |  | wisdomsir6153@gmail.com |

DATED: March 16, 2022

/s/ Michele H. Murphy
Michele H. Murphy

Matthew J. Oppenheim
Michele H. Murphy (*pro hace vice*)
Danae Tinelli (*pro hac vice* forthcoming)
Ever Hess

OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor

                Washington, D.C. 20016
                Tel:  202-480-2999
                matt@oandzlaw.com
                michele@oandzlaw.com
                danae@oandzlaw.com
                ever@oandzlaw.com

*Attorneys for Plaintiffs*