UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC, d/b/a MACMILLAN LEARNING, CENGAGE LEARNING, INC., ELSEVIER INC., MCGRAW HILL LLC, and PEARSON EDUCATION, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> CAO TRAN MANH DAT, DIANNA SEIFERT, DU QUANG DUAN, DUNG VUONG, HONG LAM SON, JAMES WRIGHT, KATHRYN WILCOX, LUAN LE, NGUYEN KHANG VU, PHONG NGUYEN DINH, QUYEN VU THI BICH, THE ANH NGUYEN, TOAN LE, TRAN NGOC LONG, VUONG VIET DUNG, YOUSSEF MAHREZ, PHONG PHAM, DO DUC TUAN ANH, HUAN BACH NGUYEN, PHAM UYEN PHI, HUONG NGUYEN THI, NGUYEN VAN LY, ROSTISLAV ZHURAVSKIY, MOHAMED ALI, MOHAMED NOUARI, NGUYEN PHAN NGAN, CHUNG KHAC NGUYEN, MOUSTAGHFIR ANASS, ABDUL SALEWAN BIN ANTONI, JAY KING, RUSLI YASMIN, DUC MANH PHAM, BAC DO NGOC, and NGUYET Y NGO, <br><br> Defendants. | **ORDER** <br> 21 Civ. 6691 (ER) |

Ramos, D.J.:

On August 31, 2021, Plaintiffs brought this copyright and trademark infringement action. Doc. 1. The following year, on February 8, 2022, Plaintiffs filed an amended complaint. Doc. 69. To date, all Defendants have failed to answer.

On March 11, 2022, Plaintiffs filed an affidavit seeking default judgment and proposed certificate of default against the following Defendants: Cao Tran Manh Dat, Dianna Seifert, Du Quang Duan, Dung Vuong, Hong Lam Son, Luan Le, Nguyen Khang Vu, Phong Nguyen Dinh, Quyen Vu Thi Bich, The Anh Nguyen, Toan Le, Tran Ngoc Long, Vuong Viet Dung, Youssef

Mahrez, Phong Pham, Do Duc Tuan Anh, Huan Bach Nguyen, Pham Uyen Phi, Huong Nguyen Thi, Nguyen Van Ly, Mohamed Ali, Mohamed Nouari, Nguyen Phan Ngan, Chung Khac Nguyen, Moustaghfir Anass, Abdul Salewan Bin Antoni, Jay King, Rusli Yasmin, Duc Manh Pham, Bac Do Ngoc, and Nguyet Y Ngo.  Docs. 82, 83.  That same day, on March 11, 2022, the Clerk of Court entered Plaintiffs' proposed certificate of default.  Doc. 84.

On March 30, 2022, Plaintiffs filed another affidavit seeking default judgment and proposed certificate of default against three other Defendants:  James Wright, Kathryn Wilcox, and Rostislav Zhuravskiy.  Doc. 87, 88.  The following day, on April 1, 2022, the Clerk of Court entered this second proposed certificate of default.  Doc. 89.

Since April 1, 2022, Plaintiffs have not taken any additional steps pursuant to the Default Judgment Procedure of the Individual Practices of the Court, which includes preparing an Order to Show Cause.  Plaintiffs are therefore directed either to move forward with the Default Judgment Procedure or to provide a status update by October 14, 2022.  Failure to do so may result in dismissal of the case for failure to prosecute.

It is SO ORDERED.

Dated:   October 7, 2022
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.